AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

**FILED**

March 30, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ PC _____

DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **EP:26-M-01334-ATB** |
| | ) | |
| | ) | |
| | ) | |
| Anel Aguilar Perez | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 30, 2026  in the county of  El Paso  in the
Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | An alien who had been excluded, deported and removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6,United States Code, Sections 202(3), 202(4), and 557, was found in the United States. |

This criminal complaint is based on these facts:

See attached Affidavit

☒ Continued on the attached sheet.

*Samuel Day*
*Complainant's signature*

**Samuel Day, HSI Special Agent**
*Printed name and title*

Complaint sworn to telephonically on
March 30, 2026  at  11:20 AM  and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Date:  03/30/2026

*Judge's signature*

City and state:  El Paso, Texas

Anne T. Berton, United States Magistrate Judge
*Printed name and title*

**WESTERN DISTRICT OF TEXAS**

United States of America

v.

Anel Aguilar Perez

**Continuation of Statement of Facts**:

The DEFENDANT, Anel Aguilar Perez, an alien to the United States and a citizen of Mexico, was found in the United States on March 30, 2026, in El Paso, Texas in the Western District of Texas. Agents with the United States Border Patrol and Homeland Security Investigations observed an individual they knew to be the DEFENDANT in the front yard of 1724 Jerry Abbott St. in El Paso, Texas. Agents approached the DEFENDANT in marked United States Border Patrol vests with badges identifying themselves. Agents ordered the DEFENDANT to stop in the front yard. The DEFENDANT ignored agent's commands and fled from agents. The DEFENDANT entered the residence at 1724 Jerry Abbott and closed the door. Due to agent's research and records checks, agents know the DEFENDANT to be a native and citizen of Mexico. On January 4, 2017, the DEFENDANT was removed from the United States to Mexico through the Paso Del Norte Port of Entry in El Paso, Texas. On April 23, 2019, the DEFENDANT was issued a final order of removal by an immigration judge, and her file was turned over to Fugitive Operations. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.